### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **NYKOA JONES, o/b/o E.R.S., a minor,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 10-CV–779-PJC |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the** ) | |
| **Social Security Administration,** ) | |
| ) | |
| Defendant. ) | |

### OPINION AND ORDER

On January 4, 2012, this Court reversed the decision of the Commissioner and remanded this case for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) (Dkt. ##19 and 20). Pursuant to Plaintiff's Application for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") (Dkt. #21) and Defendant's response (Dkt. #22), the parties have agreed that an award in the amount of $ 3,913.30 in attorney's fees is appropriate based on 21.90 hours of attorney work performed in this case. The Court has reviewed the pleadings and finds that Plaintiff Nykoa Jones ("Jones") o/b/o E.R.S., a minor, is the prevailing party and the fees sought are reasonable.

THEREFORE, IT IS ORDERED that Jones be awarded EAJA attorney fees in the amount of $ 3,913.30 in attorney fees, in care of her counsel. If attorney fees are also awarded under 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

DATED, this 29th day of March, 2012.

_____
Paul J. Cleary
United States Magistrate Judge